UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GENE AND GENE, L.L.C.

VERSUS

BIOPAY, L.L.C., ET AL.

CIVIL ACTION

NO. 05-121-JJB

## RULING ON APPEALS

This matter is before the court on appeals (docs. 168 and 169) taken by defendants from the ruling of the magistrate judge dated October 29, 2008.  Plaintiff has filed an opposition.  There is no need for oral argument.

These appeals center on whether the Fifth Circuit's mandate precludes further discovery relative to class certification.  The magistrate judge reopened discovery on the limited issue of class certification.  Doc. 167.  Defendants contend that this is contrary to the mandate of the Fifth Circuit.  Doc. 160.

The court has carefully reviewed the mandate and agrees with the magistrate judge that it does not preclude further discovery.  The case was remanded "for further proceedings not inconsistent with this opinion."  The opinion concludes that this court abused its discretion in certifying the class when Gene failed to advance "any viable theory employing generalized proof concerning lack of consent."  However, there is nothing in the opinion to preclude Gene from asserting a viable theory on remand.

1

Consequently, the court finds no abuse of discretion by the magistrate judge in reopening discovery. Moreover, the court concurs with that decision. Finally, because this was a discretionary decision, the court agrees with plaintiff that there are no grounds for certification for interlocutory appeal under 28 U.S.C. §1292.

Accordingly, the ruling of the magistrate judge reopening discovery limited to class certification is hereby AFFIRMED and the appeals (docs. 168 and 169) are hereby dismissed.

Baton Rouge, Louisiana, November 21, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA