UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENE AND GENE, L.L.C. | ) | CIVIL ACTION NO. 05-121-JJB-DLD |
| Plaintiff | ) | Judge: Brady |
| vs. | ) | Magistrate: Dalby |
| BIOPAY, L.L.C. et al. | ) | |
| Defendants | ) | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come all parties to this action: plaintiff, Gene & Gene, L.L.C.; and defendants: BioPay, L.L.C. (now known as Whorl, L.L.C.); Essex Insurance Company; and Evanston Insurance Company. Considering the ruling from the United States Fifth Circuit Court of Appeals in this action on October 22, 2010, all parties join in moving this Court to dismiss this action, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

_____
JOHN P. WOLFF, III, BAR #14504
CHRISTOPHER K. JONES, BAR #28101
KEOGH, COX & WILSON, LTD.
701 Main Street
P. O. Box 1151
Baton Rouge, LA 70821
Telephone: (225) 383-3796

*[signature]*
PHILIP BOHRER, BAR #14089
BOHRER LAW FIRM, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297

*[signature]*
KEITH D. JONES, BAR #7494
8480 Bluebonnet Road, Suite F
Baton Rouge, LA 70810
Telephone: (225) 763-6900
Attorneys for Gene & Gene, LLC

*[signature]*
SCOTT R. WHEATON, JR., T.A., BAR #13395
DAVID B. SHARPE, BAR #20370
LUGENBUHL, WHEATON, PECK,
     RANKIN & HUBBARD
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 568-1990
Attorneys for BioPay, L.L.C. (now known as
   Whorl, L.L.C.)

*[signature]*
ANDRE' C. GAUDIN, T.A., BAR #20191
MEREDITH M. MICELI, BAR #25719
BURGLASS & TANKERSLEY
5213 Airline Drive
Metairie, LA 70001
Telephone: (504) 836-2220
Attorneys for Essex Insurance Company

- 2 -

SIDNEY W. DEGAN, III, BAR #4804
TRAVIS L. BOURGEOIS, BAR #22964
KEITH A. KORNMAN, BAR #23169
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone: (504) 529-3333
Attorneys for Evanston Insurance Company